FILED

1  Stephen M. Doniger, Esq. (SBN 179314)
   Scott A. Burroughs, Esq. (SBN 235718)
2  **DONIGER / BURROUGHS APC**
3  300 Corporate Pointe, Suite 355
   Culver City, California  90230
4  Telephone (310) 590-1820
   Facsimile (310) 417-3538
5  Email: stephen@donigerlawfirm.com
6
7  Attorneys for Plaintiff

2009 APR 28  PM 2: 41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

8
9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11 | L.A. PRINTEX INDUSTRIES, INC., a
12 | California Corporation
13 | Plaintiff,
14 | vs.
15 |
16 | SAMSUNG AMERICA, INC. d/b/a
   | SAMSUNG CARAVEL, a New York
17 | Corporation; BYER CALIFORNIA d/b/a
   | ALFRED PAQUETTE, a California
18 | Corporation; ALYN PAIGE INC., a New
19 | York Corporation; AMERICAN
   | APPAREL RETAIL, INC., a California
20 | Corporation; B.I.Y.A.Y.C.D.A., a
21 | California Corporation; CHURCH
   | STREET RETAIL INC., a New York
22 | Corporation; COCOMO APPAREL,
23 | INCORPORATED, a California
   | Corporation; VOLUME ONE APPAREL,
24 | INC., a California Corporation;
25 | CONNECTED APPAREL COMPANY,
   | LLC, a Delaware Limited Liability
26 | Company; FRAZIER CLOTHING CO.,
27 | INC., a New York Corporation; JOYCE

Case No. **CV09-2967** **GAF (FFMx)**

PLAINTIFF'S COMPLAINT FOR:

1. COPYRIGHT INFRINGEMENT;

2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGMENT.

3. BREACH OF CONTRACT

<u>Jury Trial Demanded</u>

28
                            1
                       COMPLAINT

LESLIE, INC., a New York Corporation;
KWW PRODUCTIONS CORP., a New
York Corporation; LA BELLE
FASHIONS, INC., a California
Corporation; LILY INC., a California
Corporation; MILLENIUM CLOTHING
INC., a New York Corporation;
DESTINATION MATERNITY
CORPORATION, a Pennsylvania
Corporation; NOTATIONS, INC., a
Pennsylvania Corporation; SCARLETT
JR. DRESS, INC., a New York
Corporation; SEARS, ROEBUCK AND
CO., a New York Corporation; SIOUNI &
ZAR CORP., a New York Corporation;
SWAT.FAME INC., a California
Corporation; THE WET SEAL, INC., a
Delaware Corporation; TRIXXI
CLOTHING COMPANY, a California
Corporation; BIG M, INC. d/b/a ANNIE
SEZ, d/b/a MANDEE, a New Jersey
Corporation; ASHLEY STEWART,
LTD., a Delaware Corporation; STAGE
STORES, INC. d/b/a BEALLS, a Nevada
Corporation; BELK, INC., a North
Carolina Corporation; BOSCOV'S, INC.,
a Pennsylvania Corporation;
BURLINGTON COAT FACTORY
DIRECT CORPORATION, individually
and d/b/a COHOES FASHIONS, a New
Jersey Corporation; CHARLOTTE
RUSSE, INC., a California Corporation;
ROSS STORES, INC., individually and
d/b/a DD'S DISCOUNTS; DILLARD'S,
INC., a Delaware Corporation; THE
DRESS BARN, INC., a Connecticut
Corporation; FASHION BUG RETAIL
COMPANIES, INC., a Delaware
Corporation; FILENE'S BASEMENT,
INC., a Delaware Corporation; J.C.

2
COMPLAINT

PENNEY CORPORATION, INC., a
Delaware Corporation; JOYCE LESLIE,
INC., a Pennsylvania Corporation;
KOHL'S DEPARTMENT STORES,
INC., a Delaware Corporation;
LOEHMANN'S, INC., a Delaware
Corporation; MACY'S, INC., individually
and d/b/a ROBINSONS MAY, a
Delaware Corporation; THE TJX
COMPANIES, INC. d/b/a MARSHALLS,
d/b/a TJ MAXX, a Delaware Corporation;
MAURICES INCORPORATED, a
Delaware Corporation; MEIJER, INC., a
Michigan Corporation; NORDSTROM,
INC., a Washington Corporation; A & E
Stores, Inc. d/b/a PAYHALF, a New
Jersey Corporation; BCBG MAX AZRIA
GROUP, INC. d/b/a MAX RAVE, a
California Corporation; VANITY, INC., a
North Dakota Corporation; VON MAUR,
INC., an Illinois Corporation; DOES 1
through 10,

Defendants.

Plaintiff, L.A. PRINTEX INDUSTRIES, INC. ("Plaintiff"), by and through its undersigned attorneys, hereby prays to this honorable Court for relief as follows:

## **INTRODUCTION**

Plaintiff is a Los Angeles based company that creates and obtains rights to unique two-dimensional graphic artworks for use on textiles which are transacted primarily in the fashion industry. Plaintiff owns these designs in exclusivity and makes sales of products bearing these designs for profit. Plaintiff's business is predicated on its ownership of these designs and it spends a considerable amount of time and resources creating and obtaining top-quality, marketable and aesthetically-

appealing designs. Customers of Plaintiff, including Defendants herein, take design samples with the understanding and agreement that they will only utilize Plaintiff to reproduce said designs should they wish to do so, and will not seek to make minor changes to Plaintiff's proprietary work to reproduce the same elsewhere, yet use those designs in furtherance of their business, including advertising, in violation of both their contractual agreement with Plaintiff and Plaintiff copyrights.

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C. § 101 *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331(m) 1338(a) and (b).

3. The acts and conduct complained of herein are specifically directed to, and intended to have an effect within this state, and do have such an effect.  The claims asserted herein arose, at least in part, in this State, and the interstate trade and commerce herein described are and have been carried out in part within this District. Defendants, and each of them, have sufficient contacts with California to subject it to the jurisdiction of this Court for the purposes of this action.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c), (d), and 1400(a) in that a substantial part of the acts and omissions giving rise to the claims occurred in this judicial district.

## PARTIES

5. Plaintiff is a corporation organized and existing under the laws of the State of California, with its principal place of business located at 3270 East 26th Street, Vernon, California 90023.

6. Plaintiff is informed and believes and thereon alleges that Defendant SAMSUNG AMERICA, INC. ("SAMSUNG") d/b/a SAMSUNG CARAVEL is a New York corporation that does business in and with the state of California.

7. Plaintiff is informed and believes and thereon alleges that Defendant BYER CALIFORNIA d/b/a ALFRED PAQUETTE ("ALFRED PAQUETTE") is a California corporation that does business in and with the state of California.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant ALYN PAIGE INC. ("ALYN PAIGE") is a New York corporation that does business in and with the state of California.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant AMERICAN APPAREL RETAIL INC. ("AMERICAN APPAREL") is a California corporation that does business in and with the state of California.

10. Plaintiff is informed and believes, and thereon alleges, that Defendant B.I.Y.A.Y.C.D.A. ("BIYAYCDA") is a California corporation that does business in and with the state of California.

11. Plaintiff is informed and believes, and thereon alleges, that Defendant CHURCH STREET RETAIL INC. ("CHURCH STREET") d/b/a is a Delaware corporation that does business in and with the state of California.

12. Plaintiff is informed and believes, and thereon alleges, that Defendant COCOMO APPAREL INCORPORATED ("COCOMO"), and VOLUME ONE APPAREL, INC., are related California corporations that do business in and with the state of California.

13. Plaintiff is informed and believes, and thereon alleges, that Defendant CONNECTED APPAREL COMPANY, LLC ("CONNECTED") is a Delaware Limited Liability Corporation that does business in and with the state of California.

14. Plaintiff is informed and believes, and thereon alleges, that Defendant FRAZIER CLOTHING CO., INC. ("FRAZIER") is a New York corporation that does business in and with the state of California.

15. Plaintiff is informed and believes, and thereon alleges, that Defendant JOYCE LESLIE, INC. ("JLI") is a New York corporation that does business in and with the state of California.

16. Plaintiff is informed and believes, and thereon alleges, that Defendant KWW PRODUCTIONS CORP. ("KWW") is a New York corporation that does business in and with the state of California.

17. Plaintiff is informed and believes, and thereon alleges, that Defendant LA BELLE FASHIONS, INC. ("LA BELLE") is a California corporation that does business in and with the state of California.

18. Plaintiff is informed and believes, and thereon alleges, that Defendant LILY INC. ("LILY") is a California corporation that does business in and with the state of California.

19. Plaintiff is informed and believes, and thereon alleges, that Defendant MILLENIUM CLOTHING INC. ("MILLENIUM") is a New York corporation that does business in and with the state of California.

20. Plaintiff is informed and believes, and thereon alleges, that Defendant DESTINATION MATERNITY CORPORATION ("DMC") is a Pennsylvania corporation that does business in and with the state of California.

21. Plaintiff is informed and believes, and thereon alleges, that Defendant NOTATIONS, INC. ("NOTATIONS") is a Pennsylvania corporation that does business in and with the state of California.

22. Plaintiff is informed and believes, and thereon alleges, that Defendant SCARLETT JR. DRESS, INC. ("SCARLETT") is a New York corporation that does business in and with the state of California.

23. Plaintiff is informed and believes, and thereon alleges, that Defendant SEARS, ROEBUCK AND CO. ("SEARS") is a New York corporation that does business in and with the state of California.

24. Plaintiff is informed and believes, and thereon alleges, that Defendant SIOUNI & ZAR CORP ("SZC") is a New York corporation that does business in and with the state of California.

25. Plaintiff is informed and believes, and thereon alleges, that Defendant SWAT.FAME INC. ("SWAT") is a California corporation that does business in and with the state of California.

26. Plaintiff is informed and believes, and thereon alleges, that Defendant THE WET SEAL, INC. ("WSI") is a Delaware corporation that does business in and with the state of California.

27. Plaintiff is informed and believes, and thereon alleges, that Defendant TRIXXI CLOTHING COMPANY ("TRIXXI") is a California corporation that does business in and with the state of California.

28. Plaintiff is informed and believes, and thereon alleges, that Defendant BIG M, INC. ("BIG M"), d/b/a ANNIE SEZ, d/b/a MANDEE is a New Jersey corporation that does business in and with the state of California.

29. Plaintiff is informed and believes, and thereon alleges, that Defendant ASHLEY STEWART, LTD. ("ASHLEY STEWART") is a Delaware corporation that does business in and with the state of California.

30. Plaintiff is informed and believes, and thereon alleges, that Defendant STAGE STORES, INC. d/b/a BEALLS ("BEALLS") is a Nevada corporation that does business in and with the state of California.

31. Plaintiff is informed and believes, and thereon alleges, that Defendant BELK, INC. ("BELK") is a North Carolina corporation that does business in and with the state of California.

1        32. Plaintiff is informed and believes, and thereon alleges, that Defendant

2   BOSCOV'S, INC. ("BOSCOV'S") is a Pennsylvania corporation that does business

3   in and with the state of California.

4        33. Plaintiff is informed and believes, and thereon alleges, that Defendant

5   BURLINGTON COAT FACTORY ("BURLINGTON"), individually and d/b/a

6   COHOES FASHIONS, is a New Jersey corporation that does business in and with

7   the state of California.

8        34. Plaintiff is informed and believes, and thereon alleges, that Defendant

9   CHARLOTTE RUSSE, INC. ("CHARLOTTE RUSSE") is a California corporation

10  that does business in and with the state of California.

11       35. Plaintiff is informed and believes, and thereon alleges, that Defendant

12  ROSS STORES, INC. ("ROSS"), individually and d/b/a DD'S DISCOUNTS, is a

13  New York corporation that does business in and with the state of California.

14       36. Plaintiff is informed and believes, and thereon alleges, that Defendant

15  DILLARD'S, INC. is a Delaware Corporation that does business in and with the

16  state of California.

17       37. Plaintiff is informed and believes, and thereon alleges, that Defendant THE

18  DRESS BARN, INC. is a Connecticut Corporation that does business in and with the

19  state of California.

20       38. Plaintiff is informed and believes, and thereon alleges, that Defendant

21  FASHION BUG RETAIL COMPANIES, INC. is a Delaware Corporation that does

22  business in and with the state of California.

23       39. Plaintiff is informed and believes, and thereon alleges, that Defendant

24  FILENE'S BASEMENT, INC. is a Delaware Corporation that does business in and

25  with the state of California.

26

27

28

40. Plaintiff is informed and believes, and thereon alleges, that Defendant J.C. PENNEY CORPORATION, INC. is a Delaware Corporation that does business in and with the state of California.

41. Plaintiff is informed and believes, and thereon alleges, that Defendant JOYCE LESLIE, INC. is a Pennsylvania Corporation that does business in and with the state of California.

42. Plaintiff is informed and believes, and thereon alleges, that Defendant KOHL'S DEPARTMENT STORES, INC. is a Delaware Corporation that does business in and with the state of California.

43. Plaintiff is informed and believes, and thereon alleges, that Defendant LOEHMANN'S, INC. is a Delaware Corporation that does business in and with the state of California.

44. Plaintiff is informed and believes, and thereon alleges, that Defendant MACY'S, INC., individually and d/b/a ROBINSONS MAY, is a Delaware Corporation that does business in and with the state of California.

45. Plaintiff is informed and believes, and thereon alleges, that Defendant THE TJX COMPANIES, INC. d/b/a MARSHALLS, d/b/a TJ MAXX is a Delaware Corporation that does business in and with the state of California.

46. Plaintiff is informed and believes, and thereon alleges, that Defendant MAURICES INCORPORATED is a Delaware Corporation that does business in and with the state of California.

47. Plaintiff is informed and believes, and thereon alleges, that Defendant ROSS STORES, INC. ("ROSS"), individually and d/b/a DD'S DISCOUNTS, is a New York corporation that does business in and with the state of California. MEIJER, INC., a Michigan Corporation;

48. Plaintiff is informed and believes, and thereon alleges, that Defendant NORDSTROM, INC. is a Washington Corporation that does business in and with the state of California.

49. Plaintiff is informed and believes, and thereon alleges, that Defendant A & E Stores, Inc. d/b/a PAYHALF is a New Jersey Corporation that does business in and with the state of California.

50. Plaintiff is informed and believes, and thereon alleges, that Defendant BCBG MAX AZRIA GROUP, INC. d/b/a MAX RAVE is a California Corporation that does business in and with the state of California.

51. Plaintiff is informed and believes, and thereon alleges, that Defendant VANITY, INC. is a North Dakota Corporation that does business in and with the state of California.

52. Plaintiff is informed and believes, and thereon alleges, that Defendant VON MAUR, INC. is an Illinois Corporation that does business in and with the state of California.

53. Plaintiff is informed and believes and thereon alleges that some of Defendants DOES 1 through 5, inclusive, are manufacturers and/or vendors of garments to Defendants, and have manufactured and/or supplied, and/or are manufacturing and/or supplying, garments comprised of fabric printed with Plaintiff's copyrighted design G70040 (as hereinafter defined) without Plaintiff's knowledge or consent, or have contributed to said infringement. The true names, whether corporate, individual, or otherwise of Defendants DOES 1-5, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names and will seek leave to amend this complaint to show their true names and capacities when same have been ascertained.

54. Defendants DOES 6 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyright, have contributed to the

infringement of Plaintiff's copyright, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants DOES 6 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

55. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each and every violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## FACTS COMMON TO ALL CAUSES OF ACTION

56. Prior to the conduct complained of herein, Plaintiff created an original two-dimensional artwork suitable for textile printing.  Plaintiff designated the artwork as G70040 ("Subject Design") (attached hereto as "EXHIBIT 1").

57. Plaintiff registered the Subject Design with the United States Copyright Office on May 10, 2004 and was granted Registration No. VAu 626-320 (attached hereto as "EXHIBIT 2").

58. In accordance with its normal business practices, Plaintiff sampled the Subject Design to prospective customers, including one or more Defendants.

59. Plaintiff is informed and believes and thereon alleges that, without Plaintiff's authorization, Defendants, and each of them, purchased, sold,

1  manufactured, caused to be manufactured, imported, and/or distributed fabric

2  bearing a design that is identical or substantially similar to the Subject Design and/or

3  garments comprised of such fabric ("Infringing Garments"). Attached hereto as

4  "EXHIBIT 3" is a chart reflecting the identifying said Infringing garments by

5  vendor, retail outlet, Internal Style Number, SKU No., and other relevant

6  information sufficient for the Defendants to identify the garments at issue in this

7  case.  Said list is not intended to be exhaustive of all colors, styles, cuts, etc... at

8  issue in this case.

9       60. Section 106(3) of the Copyright Act provides that it is copyright

10  infringement to "distribute" illegal copies of the copyrighted work "to the public by

11  sale." Defendants, and each of them, have distributed illegal fabric and clothing to

12  the public by sale. In doing so, Defendants have violated Plaintiff's copyright in the

13  Subject Design.

14       61. Plaintiff issued a letter demanding that Defendants cease and desist in

15  infringing Plaintiff's copyright. Plaintiff is informed and believes and thereon alleges

16  that, despite receiving such notice, Defendants continued to sell Infringing Garments

17  in violation of Plaintiff's rights as owner of the registered copyright in the Subject

18  Design.

19

20                    **FIRST CLAIM FOR RELIEF**

21          (For Copyright Infringement - Against All Defendants, and Each)

22       62. Plaintiff repeats, realleges, and incorporates herein by reference as though

23  fully set forth the allegations contained in Paragraphs 1 through 61, inclusive, of this

24  Complaint.

25       63. Plaintiff is informed and believes and thereon alleges that Defendants, and

26  each of them, accessed the Subject Design through, without limitation, the

27  following: (a) access to Plaintiff's showroom and/or design library; (b) access to

28                              12
                           COMPLAINT

unauthorized copies of the Subject Design by third-party vendors and/or DOE Defendants, including without limitation overseas converters and printing mills; and (c) access to Plaintiff's strike-offs and samples.

64. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s) has an ongoing business relationship with the Defendant retailers, and each of them, and supplied garments to said retailers, and that said garments infringed the Subject Design by bearing prints that were unlawfully identical or substantially similar to the Subject Design.

65. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by importing, creating, making, and/or developing works infringing the Subject Design and/or by importing, producing, distributing, and/or selling Infringing Garments to the public.

66. Due to Defendants' acts of infringement, Plaintiff has suffered substantial damages to its business in an amount to be established at trial.

67. Due to Defendants' acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

68. Due to Defendants' acts of infringement, Defendants, and each of them, have obtained direct and indirect profits they would otherwise not have realized but for their infringement of the Subject Design. As such, Plaintiff is entitled to disgorgement of Defendant's profits directly and indirectly attributable to Defendant's infringement of Subject Design in an amount to be established at trial.

69. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have continued to import, manufacture, cause to be manufactured and/or sell Infringing Garment after Plaintiff demanded that they cease and desist from engaging in same. Therefore, Defendants' acts of copyright infringement as

alleged above were, and continue to be, willful, intentional and malicious, subjecting Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000) per infringement.  Further, Defendants, and each, willfully and intentionally misappropriated, palmed-off and/or infringed Plaintiff's copyrighted Subject Designs which renders Defendants, and each of them, liable for statutory damages as described herein.  Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement - Against All Defendants)

70. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in Paragraphs 1 through 69, inclusive, of this Complaint.

71. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, knowingly induced, participated in, aided and abetted, and resultantly profited from the illegal reproduction, importation, purchase, distribution and/or sale of products bearing the Subject Design as alleged herein.

72. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

73. By reason of the Defendants', and each of their, acts of contributory and/or vicarious infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial.

74. By reason of the Defendants', and each of their, acts of contributory and/or vicarious infringement as alleged above, Plaintiff has suffered and will continue to suffer general and special damages in an amount to be established at trial.

75. Due to Defendants' acts of contributory and/or vicarious copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Subject Design.  As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of the Subject Design, in an amount to be established at trial.

76. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have continued to manufacture and/or sell Infringing Garments after Plaintiff demanded that they cease and desist from engaging in same.  Therefore, Defendants' acts of copyright infringement as alleged above were, and continue to be, willful, intentional and malicious, subjecting Defendants, and each of them, to liability therefore, including statutory damages under Section 504(c)(2) of the Copyright Act in the sum of one hundred fifty thousand dollars ($150,000) per infringement.  Further, Defendants, and each, willfully and intentionally misappropriated, palmed-off, and/or infringed Plaintiff's copyrighted Subject Design, which renders Defendants, and each of them, liable for statutory damages as described herein.  Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

## THIRD CLAIM FOR RELIEF

(For Breach of Contract - Against SAMSUNG and DOES 1 through 10)

77. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

78. On the dates set forth above, defendants took access to, and possession of, samples of Plaintiff's Subject Design. Said Defendants received the Subject Design with the understanding and agreement that said design, regardless of its entitlement to copyright protection, was compiled by Plaintiff in order to generate sales, and that if Defendants liked the design ideas they sampled from Plaintiff and wished to create product bearing said designs, or the ideas contained in the designs provided by Plaintiff, they would print the fabric bearing the design through Plaintiff, and under no circumstances would they print the design elsewhere without remuneration to Plaintiff. Plaintiff would not have provided the designs to said Defendants had this understanding not been reached by the parties.

79. Defendants breached this agreement by taking the Subject Design from Plaintiff and having fabric printed with a substantially similar design without Plaintiff's involvement or permission, and without remuneration to Plaintiff.

80. As a direct and proximate result of Defendants' breach, Plaintiff has suffered general and special damages, in an amount to be established at trial.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

### ***Against All Defendants***

1. <u>With Respect to Each Claim for Relief</u>

    a. That Defendants, their agents and servants be enjoined from infringing Plaintiff's copyright in any manner;

    b. That Plaintiff be awarded all profits of Defendants plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c.  That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d.  That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

e.  That Plaintiff be awarded pre-judgment interest as allowed by law;

f.  That Plaintiff be awarded its attorneys' fees and the costs of this action; and

g.  That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff hereby demands a trial by jury in this action pursuant to Federal Rule of Civil Procedure 38 and the Seventh Amendment of the Constitution.

Dated: April 27, 2009

**DONIGER / BURROUGHS, APC**

By: _____

Stephen M. Doniger
Attorneys for Plaintiff
L.A. PRINTEX INDUSTRIES, INC.

# Exhibit 1



G70040

# Exhibit 2

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VAu 626 – 320**

EFFECTIVE DATE OF REGISTRATION

**MAY   10   2004**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**   GEOMETRIC GROUP C

**NATURE OF THIS WORK ▼** See instructions   TEXTILE DESIGN

**PREVIOUS OR ALTERNATIVE TITLES ▼**   G-70019, G-70022, G-70023, G-70040, G-70050, G-70061, G-70062, G-70064

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**   VA Printex Industries, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **NAME OF AUTHOR ▼**   VA Printex Industries Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**a** Year in Which Creation of This Work Was Completed   **2003**
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼   VA Printex Industries, Inc
3270 E. 26th St
Vernon, CA 90023

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**MAY 10 2004**
ONE DEPOSIT RECEIVED
**MAY 10 2004**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   Complete all applicable spaces (numbers 5-9) on the reverse side of this page   DO NOT WRITE HERE
See detailed instructions.   Sign the form at line 8

EXAMINED BY                                        FORM VA

CHECKED BY

☐ CORRESPONDENCE                                   FOR
  Yes                                              COPYRIGHT
                                                   OFFICE
                                                   USE
                                                   ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                             Account Number ▼

**7**

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

VA PRINTEX Industries, Inc
3270 E. 26th St
Vernon, CA - 90023                                 ATT MOON/OWNER

Area code and daytime telephone number ▶ 323 269 - 0100    Fax number ▶ 323 269 - 0900

Email ▶

CERTIFICATION* I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☐ authorized agent of _____
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Moon                                              Date ▶ 10.14.03

Handwritten signature (X) ▼

☞ X _____ Moon _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
VA PRINTEX Industries, Inc

Number/Street/Apt ▼
3270 E. 26th St

City/State/ZIP ▼
Vernon, CA - 90023

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Exhibit 3

| Retail Outlet | Design No. | Internal Style No. | Cut No. | Sku No. | Description | RN Number | RN Listings | Label |
|---|---|---|---|---|---|---|---|---|
| Annie Sez | G70040 | KD8782A-763K | 60620 | 3125979 | Dress/Blk/L | 81603 | La Belle Fashion Inc. | La Belle |
| Ashley Stewart | G70040 | 9043-34X | • | 4456818700006 | Top/Blk/14 | 91035 | Church Street Retail Inc. | Ashley Stewart |
| Beall's | G70040 | 3-290A-5619 | 5610 | 80162036480 | Top/Red/M | 104212 | Volume one Apparel Inc | J T B |
| Belk | G70040 | 1175P35 | LoS4162B | 65088557196 | Dress/Plk,Brn/M | 31310 | Alfred Paquette INC | ABYER |
| Belk | G70040 | 31TY920A30337 | • | 8016204454482 | Top/Red/S | 31104 |  | NewDirections |
| Bossov's | G70040 | 1175P15 | • | 6508885356477 | Dress/Blu,Blk/S | 31310 | Alfred Paquette INC | ABYER |
| Bossov's | G70040 | 1175P35 | LoS54162C | 6508685357219 | Dress/Plk,Brn/S | 31310 | Alfred Paquette INC | ABYER |
| Bossov's | G70040 | 1152N75 | LoS53812P | 65086824682 | Dress/Brn/S | 31310 | Alfred Paquette INC | ABYER |
| Bossov's | G70040 | KD7834K-763K | 60619 | 6172907858830 | Dress/Blk/S | 81603 | La Belle Fashion Inc. | La Belle |
| Bossov's | G70040 | IKD7302-763K | 92517 | 6172908291114 | Dress/Blk/M | 81603 | La Belle Fashion INC. | La Belle |
| Burlington | G70040 | 19YT9XL | • | 601-59476300 | Dress/Blk/6 | 94110 | B.I.Y.A.Y.C.O.A | Believe... |
| Burlington | G70040 | 19YT9XL | • | 601-59476313 | Dress/Blk/8 | 94110 | B.I.Y.A.Y.C.O.A | Believe,... |
| Burlington | G70040 | 3-290A-1909 | 2862 | 127-56535381 | Top/Red/M | 104212 | Cocomo Apparel | JTB |
| Burlington | G70040 | IKD7834K-763K | 92699 | 602-59384803 | Dress/Blk/M | 81603 | La Belle Inc. | La Belle |
| Burlington | G70040 | XITD0420 | • | 601-64866662 | Dress/Blk/S | 58719 | Noations,Inc | NY Collection |
| Burlington | G70040 | 9-804B-5519 | 6185 | 532-59250649 | Top/Red/PS | 104212 | Volume one Apparel Inc | J T B |
| Burlington | G70040 | 31TY290A0551 | 5178 | 32-58120453 | Top/Red/XL | 104232 | Volume one Apparel Inc | J T B |
| Burlington | G70040 | 3-290A-30134 | 5305 | 386-58349111 | Top/Blk/L | 104232 | Volume one Apparel Inc | Cocomo Collect |
| Charlotte Russe | G70040 | 8317A05 | • | 306728358 | Top/Red/M | 94522 | Knitwork Productions | Demanding |
| Cohoes | G70040 | 3-290A-5619 | 5178 | 32-58120437 | Top/Red/M | 104212 | Volume one Apparel Inc | J T B |
| Cohoe's | G70040 | 3-290A-1909 | 2862 | 127-56535581 | Top/Blk/M | 104212 | Cocomo Apparel |  |
| DD's discount | G70040 | 3-290A30337 | 6063 | 400030577822 | Top/Red/M | 104232 | Volume One Apparel | Studio 1940 |
| Dillard's | G70040 | 1152D15 | • | 445822 | Dress/Blk/M | 31310 | Alfred Paquette INC | I.N.SanFrancisco |
| Dillard's | G70040 | 0-349R28 | LoS33961P | 4794493 | Dress/Brn/8 | 31310 | Alfred Paquette INC | IN Studio |
| DressBarn | G70040 | TES4178AM | 18460 | 0-23355190024 | Dress/Beig/8 | 102296 | Connected Apparel Co. | DressBarn |
| DressBarn | G70040 | 3-290A-5303 | 4381 | 260703 | Top/Blk/S | 104232 | Volume one Apparel Inc | DressBarn |
| DressBarn | G70040 | 477364 | • | 2477364929014 | Top/Grn/2X | 104232 | Volume one Apparel Inc | DressBarn |
| Fashion Bug | G70040 | B2107820 | • | 30139790 | Dress/Blk/L | 94110 | B.I.Y.A.Y.C.O.A | Studio 1940 |
| Fashion Bug | G70040 | 3-290A-30337 | 6063 | 30963181 | Top/Blk/M | 104232 | Volume one Apparel Inc | Studio 1940 |
| Filen's Basement | G70040 | 755-313 | • | 1023774 | Dress/Brn/S | 87500 | Alyn Paige Inc. | Alyn Paige |
| JCPenny | G70040 | 2268T86 | 80575C | 71081615809016 | Dress/Blu/14 | 31310 | Alfred Paquette Inc | Byer Girl |
| JCPenny | G70040 | 2-290A-9656 | 4008 | 65333311109 | Dress/Blk/M | 94110 | B.I.Y.A.Y.C.O.A | Vol I |
| Joyce Leslie | G70040 | 4307 | 5154 | 0-2071550 | Top/Blk/S | 107115 | Joyce Leslie,INC. | Joyce Lesli |
| Kohl's | G70040 | 1037K90 | • | 65086877693 | Top/Blk/L | 31310 | Alfred Paquette INC | Byer California |
| Kohl's | G70040 | IT10346-1011 | 6915 | 88938708928 | Top/Turq/L | 106289 | Trixxi Clothing Company | Trixxi |
| Loehmann's | G70040 | 9-290A-30690 | 4913 | 4440785500010 | Top/Red/PS | 104212 | Volume one Apparel Inc | J T B Petite |
| Macy's | G70040 | 1152N82 | • | 6508682336648 | Dress/Blu/S | 31310 | Alfred Paquette INC | BCX |

| Store | Code | Style | Number | UPC | Description | ID | Company | Brand |
|---|---|---|---|---|---|---|---|---|
| Macy's | G70040 | M52531UX4 | 48716 | 7479413614448 | Dress/Brn/XL | 58539 | Speechless | Speechless |
| Macy's | G70040 | T7774-1011 | 7810 | 8893870844823 | Top/Brn/M | 106289 | Trixxi Clothing Company | Trixxi |
| Mandee | G70040 | KD783K-763K | 61156 | M20227088 | Dress/Blk/L | 81603 | La Belle Fashion INC. | La Belle |
| Mandee | G70040 | KD8029A-763K | 60814 | M20225978 | Dress/Blk/M | 81603 | La Belle Fashion INC. | La Belle |
| Mandee | G70040 | KD8836-763K | 61241 | M20227095 | Dress/Brn/L | 81603 | La Belle Fashion INC. | La Belle |
| Marianne | G70040 | KT5303-1 | 2770 | 40314102041.6 | Top/Blk/3XL | • | | Marianne |
| Marianne | G70040 | 1KD8930AN | 92847 | 402405057243 | Top/Blk/M | 81603 | La Belle Inc. | La Belle |
| Marshalls | G70040 | 2A41069 | • | 0-15737827 | Top/Blk/M | 43147 | Darejieye Trading Co. | Ran tees |
| Marshall's | G70040 | 1KD7834K-763K | • | 0-15552755 | Dress/Brn/L | 81603 | La Belle Inc. | La Belle |
| Maurices | G70040 | T10603 | 8022 | 12585204 | Top/Blk/M | 106289 | Trixxi Clothing Company | Studio Y |
| Meijer | G70040 | 3-8043B-5640 | 8017 | 6533387654 | Top/Blk/S | 104232 | Volume one Apparel Inc | J T B |
| Mervyn's | G70040 | 1TJ89XS | • | | Skirt/Blk/S | 94110 | B.I.Y.A.Y.C.O.A | Believe… |
| Mervyn's | G70040 | 6-290A-9666 | 5018 | 80162034249.1 | Dress/Brn/3X | 104212 | Volume one Apparel Inc | Vol 1 |
| Motherhood | G70040 | 9698D-91 | • | 65710723857.7 | Top/Blk/M | 79913 | Mothers Work Inc. | Motherhood |
| Nordstrom | G70040 | RK136379 | RK136379 | 0-71040-KC | Dress/Blk/S | 106798 | Lily Inc. | Lily |
| Payhalf | G70040 | KD7834K-763K | 60595 | 000-513407143 | Dress/Brn/M | 81603 | La Belle Fashion INC. | La Belle |
| Rave | G70040 | 1037277 | • | 95-21942613 | Top/Blk/M | 28107 | Lion Furs Inc | MaxRave |
| Robinson May | G70040 | • | • | 6508682771535 | Top/Blk/S | 31310 | Alfred Paquette INC | BCX |
| ROSS | G70040 | 1125P15 | • | 40002166712.9 | Dress/Wine/L | 31310 | Alfred Paquette Inc. | BCX |
| ROSS | G70040 | 31501-36 | • | 40002430612.4 | Dress/Nvy/14w | 97815 | American Apparel | AA Studio AA |
| ROSS | G70040 | • | 3873NAN | 40002812995.5 | Top/Blk/L | 101928 | Frazier Clothing Inc | Suzie in the City |
| ROSS | G70040 | 56512 | 4294WE | 40002465852.0 | Top/Beig/S | 101928 | Frazier Clothing Co. | Suzie in the City |
| ROSS | G70040 | 11989 | 5897 | 40003121416.0 | Top/Blk/L | 81603 | La Belle Inc. | La Belle |
| ROSS | G70040 | 4294WE | 92847 | 40002808708.1 | Top/Brn/2X | 101144 | Millenium Clothing Inc. | Millenium |
| ROSS | G70040 | • | 13457 | 40002915034.0 | Top/Blk/PM | 104232 | Volume One Apparel | Cocomo |
| ROSS | G70040 | 71181 | 5897 | 40002499681 | Dress/Red/2X | 104232 | Volume one Apparel Inc | J T B |
| ROSS | G70040 | • | | 7069900369669 | Dress/Blk/14 | 62996 | Scarlett JR Dress Inc | Scarlett |
| SEARS | G70040 | 9TY01DD51481F | 13610 | 310595 | Top/Yel/XLP | 15099 | Sears &Roebuck Co. | Apostrophe Petite |
| SEARS | G70040 | 9TYASST50280H | 13457 | 310595 | Dress/Gold/8 | 62996 | Scarlett Jr Dress Inc. | SCARLETT |
| TJ Maxx | G70040 | 6-290A-30690 | 90515 | 000-327979 | Top/Brn/L | 81603 | La Belle Inc. | La Belle |
| Value City | G70040 | IKD7834K-763K | 92856 | 000-327979 | Top/Brn/L | 81603 | La Belle Inc. | La Belle |
| Value City | G70040 | • | 4679 | 000-357165 | 2Pkc/Blk/6 | 67473 | Slouni & Zar Corp. | Julian Taylor |
| Vanity | G70040 | KT4015 | 3502 | 5778682.1 | Top/Blk/S | • | Vanity | Vanity |
| Von Maur | G70040 | 55707 | 4660AMY | 7916636017 | Top/Beig/1X | 101928 | Frazier Clothing Co. | Suzie Couture |
| Von Maur | G70040 | H13591UX4 | 49746 | 7479414063316 | Dress/Blk/M | 58539 | Speechless | Speechless |
| Wet Seal | G70040 | 36989522 | 8910RMC | 3698989000008 | Top/Blk/L | 78749 | The Wet Seal INC. | Wet Seal |
| Wet Seal | G70040 | • | 8530PK | 3699742000008 | Top/Brn/M | 78749 | The Wet Seal INC. | Wet Seal |
| Wet Seal | G70040 | 1118 | 8930PK | 3699742000008 | Top/Brn/M | 78749 | The Wet Seal INC. | Wet Seal |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Gary A. Feess and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV09- 2967 GAF (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>SAMSUNG AMERICA, INC. d/b/a SAMSUNG CARAVEL, et al.<br>[See Attached "Schedule A"]<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV09-2967 CAF (FFMx)**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Stephen M. Doniger, Esq._____, whose address is _DONIGER/BURROUGHS APC, 300 Corporate Pointe, Ste. 355, Culver City, CA 90230_.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   **APR 2 8 2009** _____          By: _____ **NATALIE LONGORIA** _____

Deputy Clerk

1198

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

# "Schedule A"

L.A. PRINTEX INDUSTRIES, INC., a California Corporation

Plaintiff,

vs.

SAMSUNG AMERICA, INC. d/b/a SAMSUNG CARAVEL, a New York
Corporation; BYER CALIFORNIA d/b/a ALFRED PAQUETTE, a California
Corporation; ALYN PAIGE INC., a New York Corporation; AMERICAN
APPAREL RETAIL, INC., a California Corporation; B.I.Y.A.Y.C.D.A., a
California Corporation; CHURCH STREET RETAIL INC., a New York
Corporation; COCOMO APPAREL, INCORPORATED, a California
Corporation; VOLUME ONE APPAREL, INC., a California Corporation;
CONNECTED APPAREL COMPANY, LLC, a Delaware Limited Liability
Company; FRAZIER CLOTHING CO., INC., a New York Corporation; JOYCE
LESLIE, INC., a New York Corporation; KWW PRODUCTIONS CORP., a
New York Corporation; LA BELLE FASHIONS, INC., a California Corporation;
LILY INC., a California Corporation; MILLENIUM CLOTHING INC., a New
York Corporation; DESTINATION MATERNITY CORPORATION, a
Pennsylvania Corporation; NOTATIONS, INC., a Pennsylvania Corporation;
SCARLETT JR. DRESS, INC., a New York Corporation; SEARS, ROEBUCK
AND CO., a New York Corporation; SIOUNI & ZAR CORP., a New York
Corporation; SWAT.FAME INC., a California Corporation; THE WET SEAL,
INC., a Delaware Corporation; TRIXXI CLOTHING COMPANY, a California
Corporation; BIG M, INC. d/b/a ANNIE SEZ, d/b/a MANDEE, a New Jersey
Corporation; ASHLEY STEWART, LTD., a Delaware Corporation; STAGE
STORES, INC. d/b/a BEALLS, a Nevada Corporation; BELK, INC., a North
Carolina Corporation; BOSCOV'S, INC., a Pennsylvania Corporation;
BURLINGTON COAT FACTORY DIRECT CORPORATION, individually and
d/b/a COHOES FASHIONS, a New Jersey Corporation; CHARLOTTE RUSSE,
INC., a California Corporation; ROSS STORES, INC., individually and d/b/a
DD'S DISCOUNTS; DILLARD'S, INC., a Delaware Corporation; THE DRESS
BARN, INC., a Connecticut Corporation; FASHION BUG RETAIL
COMPANIES, INC., a Delaware Corporation; FILENE'S BASEMENT, INC., a
Delaware Corporation; J.C. PENNEY CORPORATION, INC., a Delaware
Corporation; JOYCE LESLIE, INC., a Pennsylvania Corporation; KOHL'S

DEPARTMENT STORES, INC., a Delaware Corporation; LOEHMANN'S, INC., a Delaware Corporation; MACY'S, INC., individually and d/b/a ROBINSONS MAY, a Delaware Corporation; THE TJX COMPANIES, INC. d/b/a MARSHALLS, d/b/a TJ MAXX, a Delaware Corporation; MAURICES INCORPORATED, a Delaware Corporation; MEIJER, INC., a Michigan Corporation; NORDSTROM, INC., a Washington Corporation; A & E Stores, Inc. d/b/a PAYHALF, a New Jersey Corporation; BCBG MAX AZRIA GROUP, INC. d/b/a MAX RAVE, a California Corporation; VANITY, INC., a North Dakota Corporation; VON MAUR, INC., an Illinois Corporation; DOES 1 through 10,

Defendants.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
L.A. PRINTEX INDUSTRIES, INC., a California Corporation

**DEFENDANTS**
SAMSUNG AMERICA, INC. d/b/a SAMSUNG CARAVEL, et al.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Stephen M. Doniger, Esq. (SBN 179314)
DONIGER / BURROUGHS APC
300 Corporate Pte., Ste. 355, Culver City, CA 90230 Telephone: 310-590-1820

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No  ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | |
| | ☐ 290 All Other Real Property | | | | |

**CV09-2967**

**FOR OFFICE USE ONLY:**  Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC.- Los Angeles County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| [See Attached "Schedule A"] | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  April 27, 2009

    **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# "Schedule A"

Defendants:

BYER CALIFORNIA d/b/a ALFRED PAQUETTE- San Francisco County;
AMERICAN APPAREL RETAIL, INC. - Los Angeles County;
B.I.Y.A.Y.C.D.A.- Los Angeles County; COCOMO APPAREL,
INCORPORATED- Los Angeles County; VOLUME ONE APPAREL, INC.-
Los Angeles County; LA BELLE FASHIONS, INC.- Los Angeles County; LILY
INC.- Los Angeles County; SWAT.FAME INC.- Los Angeles County; TRIXXI
CLOTHING COMPANY- Los Angeles County; CHARLOTTE RUSSE, INC.-
San Diego County; ROSS STORES, INC., individually and d/b/a DD'S
DISCOUNTS- Alameda County; BCBG MAX AZRIA GROUP, INC. d/b/a
MAX RAVE- Los Angeles County;

SAMSUNG AMERICA, INC. d/b/a SAMSUNG CARAVEL- New York; ALYN
PAIGE INC.- New York; CHURCH STREET RETAIL INC.- New York;
CONNECTED APPAREL COMPANY, LLC- Delaware; FRAZIER
CLOTHING CO., INC.- New York; JOYCE LESLIE, INC. - New York; KWW
PRODUCTIONS CORP. - New York; MILLENIUM CLOTHING INC. - New
York; DESTINATION MATERNITY CORPORATION – Pennsylvania;
NOTATIONS, INC. - Pennsylvania; SCARLETT JR. DRESS, INC. - New York;
SEARS, ROEBUCK AND CO. - New York; SIOUNI & ZAR CORP. - New
York; THE WET SEAL, INC. –Delaware; BIG M, INC. d/b/a ANNIE SEZ, d/b/a
MANDEE - New Jersey; ASHLEY STEWART, LTD.- Delaware; ; STAGE
STORES, INC. d/b/a BEALLS- Nevada Corporation; BELK, INC.- North
Carolina; BOSCOV'S, INC.- Pennsylvania; BURLINGTON COAT FACTORY
DIRECT CORPORATION, individually and d/b/a COHOES FASHIONS- New
Jersey; DILLARD'S, INC.- Delaware; THE DRESS BARN, INC.- Connecticut;
FASHION BUG RETAIL COMPANIES, INC.- Delaware; FILENE'S
BASEMENT, INC.- Delaware; J.C. PENNEY CORPORATION, INC.-
Delaware; KOHL'S DEPARTMENT STORES, INC.- Delaware;
LOEHMANN'S, INC.- Delaware; MACY'S, INC., individually and d/b/a
ROBINSONS MAY- Delaware; THE TJX COMPANIES, INC. d/b/a
MARSHALLS, d/b/a TJ MAXX- Delaware; MAURICES INCORPORATED-
Delaware; MEIJER, INC.- Michigan; NORDSTROM, INC.- Washington; A & E
Stores, Inc. d/b/a PAYHALF- New Jersey; VANITY, INC.- North Dakota; VON
MAUR, INC.-Illinois