1  Stephen M. Doniger, Esq. (SBN 179314)
   Email: Stephen@DonigerLawFirm.com
2  Scott A. Burroughs, Esq. (SBN 235718)
   Email: Scott@DonigerLawFirm.com
3  **DONIGER / BURROUGHS, APC**
4  300 Corporate Pointe, Suite 355
   Culver City, California 90230
5  Telephone: (310) 590-1820
   Facsimile: (310) 417-3538
6
7  Attorneys for Plaintiff
   LA PRINTEX INDUSTRIES, INC.
8

9              **UNITED STATES DISTRICT COURT**
10                **CENTRAL OF CALIFORNIA**
11

12 | L.A. PRINTEX INDUSTRIES, INC., a | Case No. CV 09-2967 DMG (FFMx) |
13 | California Corporation, | Hon. Dolly M. Gee Presiding |
14 |     Plaintiff, | |
15 | vs. | **[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ASHLEY STEWART, LTD.** |
16 | | [JS-6] |
17 | SAMSUNG AMERICA, INC. d/b/a SAMSUNG CARAVEL, a New York Corporation; BYER CALIFORNIA d/b/a ALFRED PAQUETTE, a California Corporation; ALYN PAIGE INC., a New York Corporation; AMERICAN APPAREL RETAIL, INC., a California Corporation; B.I.Y.A.Y.C.D.A., a California Corporation; CHURCH STREET RETAIL INC., a New York Corporation; COCOMO APPAREL, INCORPORATED, a California Corporation; VOLUME ONE APPAREL, INC., a California Corporation; CONNECTED APPAREL COMPANY, LLC, a Delaware Limited Liability Company; FRAZIER CLOTHING CO., INC., a New York Corporation; JOYCE LESLIE, INC., a New York Corporation; KWW PRODUCTIONS CORP., a New York Corporation; LA BELLE FASHIONS, INC., a California | |

| | |
|---|---|
| 1 | Corporation; LILY INC., a California Corporation; MILLENIUM CLOTHING |
| 2 | INC., a New York Corporation; |
| 3 | DESTINATION MATERNITY CORPOPRATION, a Pennsylvania |
| 4 | Corporation; NOTATIONS, INC., a Pennsylvania Corporation; SCARLETT JR. |
| 5 | DRESS, INC., a New York Corporation; SEARS, ROEBUCK AND CO., a New |
| 6 | York Corporation; SIOUNI & ZAR CORP., |
| 7 | a New York Corporation; SWAT.FAME INC., a California Corporation; THE WET |
| 8 | SEAL, INC., a Delaware Corporation; TRIXXI CLOTHING COMPANY, a |
| 9 | California Corporation; BIG M, INC. d/b/a ANNIE SEZ, d/b/a MANDEE, a New |
| 10 | Jersey Corporation; ASHLEY STEWART, |
| 11 | LTD., a Delaware Corporation; STAGE STORES, INC. d/b/a BEALLS, a Nevada |
| 12 | Corporation; BELK, INC., a North Carolina Corporation; BOSCOV'S, INC., a |
| 13 | Pennsylvania Corporation; BURLINGTON COAT FACTORY DIRECT |
| 14 | CORPORATION, individually and d/b/a |
| 15 | COHOES FASHIONS, a New Jersey Corporation; CHARLOTTE RUSSE, INC., |
| 16 | a California Corporation; ROSS STORES, INC., individually and d/b/a DD'S |
| 17 | DISCOUNTS; DILLARD'S, INC., a |
| 18 | Delaware Corporation; THE DRESS BARN, INC., a Connecticut Corporation; |
| 19 | FASHION BUG RETAIL COMPANIES, INC., a Delaware Corporation; FILENE'S |
| 20 | BASEMENT, INC., a Delaware |
| 21 | Corporation; J.C. PENNEY CORPORATION, INC., a Delaware |
| 22 | Corporation; JOYCE LESLIE, INC., a Pennsylvania Corporation; KOHL'S |
| 23 | DEPARTMENT STORES, INC., a |
| 24 | Delaware Corporation; LOEHMANN'S, INC., a Delaware Corporation; MACY'S, |
| 25 | INC., individually and d/b/a ROBINSONS MAY, a Delaware Corporation; THE TJX |
| 26 | COMPANIES, INC. d/b/a MARSHALLS, d/b/a TJ MAXX, a Delaware Corporation; |
| 27 | MAURICES INCORPORATED, a |
| 28 | Delaware Corporation; MEIJER, INC., a Michigan Corporation; NORDSTROM, |

INC., a Washington Corporation; A & E Stores, Inc. d/b/a PAYHALF, a New Jersey Corporation; BCBG MAX AZRIA GROUP, INC. d/b/a MAX RAVE, a California Corporation; VANITY INC., a North Dakota Corporation; VON MAUR, INC., an Illinois Corporation; DOES 1 through 10,

        Defendants.

Having reviewed the stipulation of the parties and finding good cause thereon, IT IS ORDERED THAT:

1. This action is dismissed with prejudice as to ASHLEY STEWART, LTD. and CHURCH STREET RETAIL, INC.; and

2. Each party is to bear its own costs and fees as incurred against one another.

In light of Plaintiff's Notice of Dismissal of Remainder of Action Without Prejudice, filed on May 27, 2010, the remainder of the action is dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: May 28, 2010

                                            Honorable Dolly M. Gee
                                            United States District Judge